UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

P. J. Stevens,

        Plaintiff,

vs.                                         ORDER

Isanti County District,

        Defendant.         Civil No. 08-1491 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied as moot.

2. That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

DATED: July 21, 2008                            BY THE COURT:
Minneapolis, Minnesota

                                                          s/James M. Rosenbaum
                                                          Judge James M. Rosenbaum
                                                          United States District Judge